AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TAMLYN HUNT, J.D., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: 1:25-CV-00191-JAO-KJM |
| V. | |
| OPENAI, INC. a Delaware Corporation, | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII **Dec 22, 2025, 7:42 am** LUCY H. CARRILLO, CLERK OF COURT |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER GRANTING DEFENDANT OPENAI, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (ECF NO. 42) AND DENYING AS MOOT PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 37)," ECF No. 50, filed on December 22, 2025. 1. The Court GRANTS Defendant OpenAI's Motion to Dismiss (ECF No. 42) without leave to amend; 2. The Court DENIES Plaintiff Hunt's TRO Motion (ECF No. 37) as MOOT; and 3. The Clerk of Court is directed to close the case file and terminate the case.

| December 22, 2025 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |